JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 781 -- In re AT&T Equipment Lease Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/07/27 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-3), EXHIBITS A - J -- Filed by American Telephone & Telegraph Company and AT&T Communications, Inc. -- SUGGESTED TRANSFEREE DISTRICT:  E.D. PENNSYLVANIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert of svc. (rh) |
| 88/08/08 | | APPEARANCES -- TERRENCE L. BINGMAN, ESQ. for First Alliance Corporation (pltf. & deft.); PAUL B. KLAAS, ESQ. for Lee Data Corporation (pltf. & deft.); LAWRENCE D. BERGER, ESQ. for American Telephone & Telegraph Co. (pltf. & deft.) and AT&T Communications, Inc. (deft.); RICHARD J. JORDAN, ESQ. for Meridian Bank (ds) |
| 88/08/16 | 2 | RESPONSE (to pldg #1), w/MEMORANDUM, AND EXHIBITS 1 - 8 -- Lee Data Corporation -- w/cert. of service  (cds) |
| 88/08/17 | 3 | RESPONSE (to pldg. #1), W/BRIEF AND EXHIBITS A - B -- First Alliance Corporation -- w/cert. of service  (cds) |
| 88/08/17 | 4 | RESPONSE (to pldg. #1), W/BRIEF AND EXHIBITS A - E -- deft. Meridian Bank -- w/cert. of service  (cds) |
| 88/08/17 | | HEARING ORDER -- setting motion to transfer for Panel hearing on September 29 ,1988 , Wash., D.C. (ds) |
| 88/08/24 | 5 | REPLY BRIEF -- American Telephone and Telegraph company and AT&T Communications, Inc. w/Exhibits A thru C and cert. of svc.  (ds) |
| 88/09/27 | 6 | SUPPLEMENTAL RESPONSE (to pldg. #1) -- First Alliance Corp. -- w/Exhibit and cert. of service  (cds) |
| 88/09/29 | | HEARING APPEARANCES:  DAVID H. PITTINSKY, ESQ. for American Telephone & Telegraph Co. and AT&T Communications, Inc.; TERRENCE L. BINGMAN, ESQ. for First Alliance Corp.; PETER J. MOONEY, ESQ. for Meridian Bank and PAUL B. KLAAS, ESQ. for Lee Data Corp.(hearing on 9/29/88 in Wash., D.C.) (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/10/12 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Paul A. Magnuson for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407  (ds) |
| 88/10/12 | | TRANSFER ORDER -- transferring A-1 and A-3 to the District of Minnesota for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recepients  (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 781 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   In re AT&T Equipment Lease Contract Litigation

### SUMMARY OF LITIGATION

| Hearing Dates Sept. 29, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 12, 1988 | TO | Unpublished | Minnesota #864 | Paul A. Magnuson | |

### Special Transferee Information

Judy 777-3946

DATE CLOSED: 2/6/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Transferee Dist. - D. Minnesota
Transferee Judge - Hon. Paul A. Magnuson

DOCKET NO. 781 -- In re AT&T Equipment Lease Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | First Alliance Corporation v. American Telephone & Telegraph Company, et al. | Cal.,S. Gilliam | 88-0662-G(BTM) | 10/12/88 | 3-89 Civ 383 | 2/4/92 | |
| A-2 | Lee Data Corporation v. American Telephone & Telegraph Company, et al. | Minn. Magnuson | 3-88-Civ-384 | | | 2/4/92 | |
| A-3 | American Telephone & Telegraph Company v. First Alliance Corporation, et al. | Pa.,E. ~~Troutman~~ Cahn | 88-4339 | 10/12/88 | 3-89 Civ 349 | 2/4/92 | |

July 1989 - 2 TR / 1 X 42 / 3 Pending
July 1990 - Same
~~July 1991~~ - Same
Sept 1992 - 3 Dismissed 0 Pending
  10/93

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   781   --   In re AT&T Equipment Lease Contract Litigation

FIRST ALLIANCE CORPORATION (pltf. A-1 and
deft. in A-2 and A-3)
Terrence L. Bingman, Esquire
Adams, Duque & Hazeltine
401 West A Street
Suite 2300
San Diego, California  92101

LEE DATA CORPORATION (pltf. A-2 and
deft. in A-1 and A-3)
Paul B. Klaas, Esquire
Dorsey & Whitney
2200 First Bank Place East
Minneapolis, Minnesota  55402

AMERICAN TELEPHONE & TELEGRAPH COMPANY
(pltf. A-3 and deft. in A-1 and A-2)
AT&T COMMUNICATIONS, INC.
(deft. in A-2)
Lawrence D. Berger, Esquire
Dilworth, Paxson, Kalish & Kauffman
2600 The Fidelity Building
Philadelphia, Pennsylvania  19109

MERIDIAN BANK (deft. in A-2 and A-3)

Richard J. Jordan, Esquire
White & Williams
1234 Market Street
17th Floor
Philadelphia, Pennsylvania  19107

JPML FORM 3

p. _____

### COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 781 -- In re AT&T Equipment Lease Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Telephone & Telegraph Company | A-1, A-2 |
| Lee Data Corporation | A-1, A-3 |
| AT&T Communications, Inc. | A-2 |
| First Alliance Corporation | A-2, A-3 |
| Meridian Bank | A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |